Matter of National Auditing Servs. & Consulting, LLC v 511 Prop., LLC (2024 NY Slip Op 02018)

Matter of National Auditing Servs. & Consulting, LLC v 511 Prop., LLC

2024 NY Slip Op 02018

Decided on April 16, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: April 16, 2024

Before: Kern, J.P., Singh, Scarpulla, Mendez, Higgitt, JJ. 

Index No. 155704/22 Appeal No. 2069 Case No. 2023-00229 

[*1]In the Matter of National Auditing Services & Consulting, LLC, Petitioner-Respondent,
v
511 Property, LLC, et al., Respondents-Appellants.

Law Office of Robert M. Kaplan, White Plains (Robert M. Kaplan of counsel), for appellants.
Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, Uniondale (Andrew S. Lewner of counsel), for respondent.

Order, Supreme Court, New York County (Lyle E. Frank, J.), entered January 5, 2023, which granted the petition for a turnover order requiring respondents to turn over to petitioner 511 Property, LLC's membership interest in respondent 511 Property II LLC, in partial satisfaction of petitioner's judgment against 511 Property LLC, unanimously affirmed, without costs.
Contrary to respondents' contention, the internal affairs doctrine, Limited Liability Company Law § 801, does not apply to a proceeding to turnover a membership interest in a foreign limited liability company, where that interest is owned by the judgment debtor. In such a proceeding, New York law applies (see 79 Madison LLC v Ebrahimzadeh, 203 AD3d 589, 590 [1st Dept 2022]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: April 16, 2024